# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GLENN MOSS,** | ) | |
| | ) | 8:11CV19 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **OUTLOOK NEBRASKA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion (Filing No. 83) of the parties to continue the trial of this matter scheduled for January 22, 2013. Following a discussion with counsel on January 10, 2013, trial of this matter is rescheduled for April 8, 2013.

**IT IS SO ORDERED.**

DATED this 10th day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge