IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLEN MOSS,<br><br>               Plaintiff,<br><br>vs.<br><br>OUTLOOK NEBRASKA, INC.,<br><br>               Defendant. | **8:11CV19**<br><br>**ORDER** |

This matter is before the Court on plaintiff's motion to extend his time to file a post-trial brief in this case. Filing No. 106. The Court granted the parties request to file post-trial briefs until May 10, 2013. The Court has reviewed the request and will deny the same. The Court gave the parties a sufficient amount of time to file their post-trial briefs. The May 10, 2013, deadline for filing post-trial briefs remains intact.

THEREFORE, IT IS ORDERED that plaintiff's motion to extend, Filing No. 106, is denied.

Dated this 3rd day of May, 2013.

                                                                         BY THE COURT:

                                                                         s/ Joseph F. Bataillon
                                                                         United States District Judge