IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLEN MOSS,<br><br>              Plaintiff,<br><br>     vs.<br><br>OUTLOOK NEBRASKA, INC.,<br><br>              Defendant. | 8:11CV19<br><br>ORDER |

This matter is before the court on plaintiff's motion, Filing No. 118, to amend the Findings of Fact and Conclusions of Law, Filing No. 111, pursuant to Fed. R. Civ. P. 52(b) and 59, entered by this court on May 20, 2013.  The plaintiff asks the court to change its ruling on the law and the evidence.  The court has carefully reviewed the plaintiff's motion and declines to amend the Findings of Fact and Conclusions of Law.  The court finds no significant errors of law or fact and further finds there is no newly discovered evidence presented to the court.  The plaintiff is rearguing his case, and the court has already addressed and determined those issues.

THEREFORE, IT IS ORDERED that the plaintiff's motion to amend, Filing No. 118, is denied.

Dated this 1st day of August, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge